FILED BY _JE_ D.C.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 JUN 21 PM 5:16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| AARON J. COHN, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| NATIONAL FINANCIAL SYSTEMS, INC., NATIONAL FINANCIAL SYSTEMS, LLC, ANTHONY STARKS aka JOHN DOE 1; and aka JOHN NEWMAN aka JOHN DOE 2, | CASE NO: 04-2502-B |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal With Prejudice entered on June 20, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

6/21/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  6-22-05

14

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02502 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jerry R. Givens
THE COHN LAW FIRM
291 Germantown Bend Cove
Cordova, TN 38018

Honorable J. Breen
US DISTRICT COURT